1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  CHRISTOPHER D. VIEIRA (CABN 273781)
   Special Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7301
7      FAX: (415) 436-7027
       christopher.vieira@usdoj.gov
8
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 17-00574 WHA |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER |
| v. | ) SETTING HEARING DATE AND EXCLUDING ) TIME FROM THE SPEEDY TRIAL ACT ) CALCULATION |
| MARVIN GUSTAVO BENEGAS-CASTRO, | ) |
| Defendant. | ) |

The Defendant, MARVIN GUSTAVO BENEGAS-CASTRO, represented by Grace DiLaura, Assistant Federal Public Defender, and the Government, represented by Christopher Vieira, Special Assistant United States Attorney, appeared before the Court on November 21, 2017 for a status conference. Defense counsel represented that additional time was needed for attorney preparation.

The Court set a further status conference for December 19, 2017, at 2:00 p.m. Defendant requested that time be excluded under the Speedy Trial Act between November 21, 2017 and December 19, 2017 to conduct necessary investigation. The Government did not object to the request to exclude time.

Therefore, the parties agree, and the Court finds and holds, as follows:

1. This matter is set before this Court for a status conference on December 19, 2017.

STIPULATION AND [PROPOSED] ORDER
CR 17-00574 WHA

2. The time between November 21, 2017 and December 19, 2017 is excluded under the Speedy Trial Act. Failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial and ~~in~~ the prompt disposition of criminal cases. *See id.* § 3161(h)(7)(A).

Dated: 11/22/2017

/s/ *Grace DiLaura*
GRACE DiLAURA
Assistant Federal Public Defender

Dated: 11/22/2017

/s/ *Christopher Vieira*
CHRISTOPHER VIEIRA
Special Assistant United States Attorney

IT IS SO ORDERED.

Dated: November 22, 2017.

WILLIAM ~~H~~. ALSUP
United States District Judge

STIPULATION AND ~~[PROPOSED]~~ ORDER
CR 17-00574 WHA